IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| VINCENT EARL BOGLIN, | ) |
| Petitioner, | ) |
| v. | ) 5:04-cv-2341-PWG-UWC |
| BILLY MITCHEM, WARDEN; THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

FINAL JUDGMENT

On May 10, 2005, the magistrate judge's findings and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendation made by the magistrate judge. No objections have been filed by either party.

After careful consideration of the record in this case and the magistrate judge's findings and recommendation, the Court hereby ADOPTS the findings of the magistrate judge. The Court further ACCEPTS the recommendation of the magistrate judge and it is therefore ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED.

Done this 7th day of June, 2005.

_____
U.W. Clemon
Chief United States District Judge